# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

www.ca4.uscourts.gov

May 22, 2024

_____

FRAP 15(c) RECORD REQUEST
PETITION FOR REVIEW CASES

_____

No.     24-1467,          Central Appalachian Coal Company v. Richard Estudillo
                          2023-0148 BLA

TO:    Respondent(s)

DUE DATE: July 1, 2024

Pursuant to FRAP 15(c), the petition for review filed 5/21/2024, and referenced by this notice is hereby served on respondent(s).

Pursuant to FRAP 17, the agency shall file the record on or before July 1, 2024, in the following manner:

- The record should be filed in electronic form. ECF event: **Administrative record (electronic form)**
- If unavailable in electronic form, file in paper form. ECF event: **Notice of paper filing**
- If petitioner is represented by counsel and a joint appendix will be filed, a certified list may be filed in lieu of the record. ECF Event: **Certified list in lieu of agency record**

Any highly sensitive documents **must** be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**.

Richard H. Sewell, Deputy Clerk
804-916-2702