FILED: July 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1467
(2023-0148 BLA)

_____

CENTRAL APPALACHIAN COAL COMPANY

       Petitioner

v.

RICHARD ESTUDILLO; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR

       Respondents

_____

ADMINISTRATIVE RECORD FOLLOW-UP
_____

The administrative record has not been filed as required by this court's notice. Accordingly, the agency is directed to immediately file and serve the administrative record.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk